UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALCORP HOLDINGS, INC.,<br><br>　　　　Defendant. | No.  2:16-cv-01761-MCE-KJN<br><br><br>**ORDER** |

On August 29, 2016, this Court issued an Order to Show Cause ("OSC") directing Plaintiff to respond in writing as to why this case should not be dismissed.  ECF No. 7. The Court made clear that failure to respond to the OSC would result in dismissal of this case with prejudice upon no further notice to the parties.  No response was forthcoming.

///

///

///

///

///

///

///

///

1

Accordingly, this action is hereby DISMISSED with prejudice pursuant to Federal Rule 41 and this Court's inherent authority. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 21, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE