UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL SINGH, | No. 2:16-cv-01761-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| RALCORP HOLDINGS, INC., | |
| Defendant. | |

Presently before the Court is Plaintiff Kamal Singh's Motion to Set Aside (ECF No. 12) the prior order of this Court (ECF No. 8) dismissing this case. Absolutely no good cause for setting aside the Court's order has been shown. Plaintiff's Motion is thus DENIED, and the hearing noticed for Thursday, September 9, 2017, at 2:00 p.m. is VACATED.

IT IS SO ORDERED.

Dated: August 14, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1